UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Earnest Napier, | : | Case No. 1:07CV3170 |
| Plaintiff | : | Judge Patricia Gaughan |
| v. | : | Magistrate Judge David S. Perelman |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED DECISION** |
| Defendant | : | |

The parties have stipulated to remand of this action pursuant to the sixth sentence of §205(g) of the Social Security Act, 42 U.S.C. §405(g).

It is recommended that the stipulation be approved.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   June 23, 2008

**OBJECTIONS**

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).