**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Earnest Napier,** | ) | **CASE NO. 1:07 CV 3170** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | <u>**Order**</u> |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Perelman recommending that the parties' stipulation for remand be granted (Doc. 11). The Court ACCEPTS the Magistrate Judge's recommendation. This matter is remanded to the Social Security Administration.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 7/3/08